UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGLIN AUTOMOTIVE LLC and THOMAS R. ANGLIN,<br><br>                              Plaintiffs,<br><br>-v-<br><br>EBF HOLDINGS, LLC, NOVUS CAPITAL FUNDING II LLC, SILVERLINE SERVICES, INC., MCA RECEIVABLES, LLC, and FIVE G FUNDING LLC,<br><br>                              Defendants. | CIVIL ACTION NO.: 23 Civ. 1404 (JPC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs' request (ECF No. 47 (the "Request")) for a certificate of default, filed as a "motion for entry of default" and without a proposed certificate of default, as to Defendant Five G. Funding LLC ("Five G") is DENIED WITHOUT PREJUDICE as deficient and improperly filed. By **August 8, 2023**, Plaintiff shall re-file the Request as an "Affidavit," and shall include a "Proposed Clerk's Certificate of Default," pursuant to the Court's Local Rules. See S.D.N.Y. Loc. R. 55.1. Instructions can be found on the Court's website at https://nysd.uscourts.gov/forms/clerks-certificate-default.

Pursuant to the Court's July 14, 2023 Order, Plaintiffs shall file a Motion for Default Judgment as to Five G in accordance with the Individual Practices of the Honorable John P. Cronan, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **August 11, 2023**. (ECF No. 41 at 5).

The Clerk of Court is respectfully directed to close ECF No. 47.

Dated:        New York, New York                SO ORDERED.
              August 4, 2023

                                                _____
                                                **SARAH L. CAVE**
                                                **United States Magistrate Judge**