**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X
ANGLIN AUTOMOTIVE LLC and THOMAS ANGLIN,

                      Plaintiffs,

      -against-                                          23 **CIVIL** 1404 (JPC)

                                                                      **JUDGMENT**

EBF HOLDINGS, LLC, et al.,

                      Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2024 and memo endorsed letter dated April 19, 2024, defendants' motions to dismiss, Dkts. 19, 27, 43, are granted, Plaintiffs' motion for a default judgment against Defendant Five G Funding LLC, Dkt. 62, is denied, and Plaintiffs' claims against Defendant Five G Funding LLC are dismissed without prejudice. Plaintiffs deadline to amend the Complaint or request an extension from this Court to do so has elapsed, Counts One and Two are dismissed with prejudice, and Count Three is dismissed without prejudice to refiling in state court; accordingly, the case is closed.

**Dated:**  New York, New York

       April 22, 2024

                                                                 **RUBY J. KRAJICK**
                                                                   Clerk of Court

                                    **BY:**

                                                                   **Deputy Clerk**